**Criminal Case Cover Sheet**                                      **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** DEA |
| **City** Boston | **Related Case Information:** | |
| **County** Suffolk | Superseding Ind./ Inf. _____ Case No. _____ | |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number 22-5218-JGD | |
| | Search Warrant Case Number see below | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name: Shi Rong Zhang    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name: Alan Zhang

Address: (City & State) Windham, NH

Birth date (Yr only): 1974   SSN (last4#): 1268   Sex: M   Race: A   Nationality: Chinese

**Defense Counsel if known:** Daniel Cloherty    Address: One Federal Street Boston, MA 02110

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Lauren A. Graber    Bar Number if applicable: 679226

**Interpreter:** ☑ Yes  ☐ No    List language and/or dialect: Mandarin

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** 06/27/2022

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: Hon. Judith G. Dein  on  06/30/2022

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/28/2022        Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Shi Rong Zhang

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money laundering conspiracy | 1, 2 |
| Set 2 | 18 U.S.C. § 1960 | Conducting unlicensed money transmitting business | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  21-6061&6064-MPK; 21-6176-6177-MPK; 21-6236-6237-MPK; 21-6275-6277-MPK; 21-6283-6284-MPK; 21-6340-6343-MPK; 21-6507-MPK; 21-6579&6592-6593-MPK; 21-6596-6599-MPK; 21-6631-6636-MPK 21-6676-6687-MPK; 21-6688-6689-MPK; 21-SW-573-LDA (D.R.I.); 22-6020-6024-MPK; 22-6026-6027-MPK; 22-6028-MPK 22-6183-6184-MPK; 22-5182-5186

**Criminal Case Cover Sheet**              **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 22-5218-JGD
Search Warrant Case Number see below
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Qiu Mei Zeng     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Windham, NH

Birth date (Yr only): 1975    SSN (last4#): 8409    Sex: F    Race: A    Nationality: Chinese

**Defense Counsel if known:** John F. Palmer    Address: 18 Main Street Extension

**Bar Number** _____      Suite 201B, Plymouth MA

**U.S. Attorney Information:**

**AUSA** Lauren A. Graber     Bar Number if applicable 679226

**Interpreter:** ☑ Yes   ☐ No    List language and/or dialect: Mandarin

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** 06/27/2022

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Hon. Judith G. Dein    on 06/30/2022

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/28/2022     Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Qiu Mei Zeng

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money laundering conspiracy | 1, 2 |
| Set 2 | 18 U.S.C. § 1960 | Conducting unlicensed money transmitting business | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   21-6061&6064-MPK; 21-6176-6177-MPK; 21-6236-6237-MPK; 21-6275-6277-MPK; 21-6283-6284-MPK; 21-6340-6343-MPK; 21-6507-MPK; 21-6579&6592-6593-MPK; 21-6596-6599-MPK; 21-6631-6636-MPK 21-6676-6687-MPK; 21-6688-6689-MPK; 21-SW-573-LDA (D.R.I.); 22-6020-6024-MPK; 22-6026-6027-MPK; 22-6028-MPK 22-6183-6184-MPK; 22-5182-5186

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** | Category No. __II__ | Investigating Agency __DEA__ |
| **City** __Boston__ | **Related Case Information:** | |
| **County** __Suffolk__ | Superseding Ind./ Inf. _____  Case No. _____ | |
| | Same Defendant _____  New Defendant _____ | |
| | Magistrate Judge Case Number __22-5218-JGD__ | |
| | Search Warrant Case Number __see below__ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name  Chengzou Liu   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name  _____

Address  (City & State) Braintree, MA

Birth date (Yr only): __1986__   SSN (last4#): __9636__   Sex __M__   Race: __A__   Nationality: __Chinese__

**Defense Counsel if known:**  Norman Zalkind   Address  65A Atlantic Ave

**Bar Number**  _____   Boston MA

**U.S. Attorney Information:**

AUSA  Lauren A. Graber   Bar Number if applicable  679226

Interpreter:  ☑ Yes  ☐ No   List language and/or dialect:  Mandarin

Victims:  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☐ Yes  ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date**  06/29/2022

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by:  Hon. Judith G. Dein   on   06/29/2022

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  07/28/2022   Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Chengzou Liu

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money laundering conspiracy | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession with intent to distribute marijuana | 4 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  21-6061&6064-MPK; 21-6176-6177-MPK; 21-6236-6237-MPK; 21-6275-6277-MPK; 21-6283-6284-MPK; 21-6340-6343-MPK; 21-6507-MPK; 21-6579&6592-6593-MPK; 21-6596-6599-MPK; 21-6631-6636-MPK 21-6676-6687-MPK; 21-6688-6689-MPK; 21-SW-573-LDA (D.R.I.); 22-6020-6024-MPK; 22-6026-6027-MPK; 22-6028-MPK 22-6183-6184-MPK; 22-5182-5186

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** | DEA |
| **City** Boston | **Related Case Information:** | | |
| **County** Suffolk | Superseding Ind./ Inf. _____ Case No. _____ | | |
| | Same Defendant _____ New Defendant _____ | | |
| | Magistrate Judge Case Number 22-5218-JGD | | |
| | Search Warrant Case Number see below | | |
| | R 20/R 40 from District of _____ | | |

**Defendant Information:**

Defendant Name: Vincent Feng      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Quincy, MA

Birth date (Yr only): 1989   SSN (last4#): 1856   Sex: M   Race: A   Nationality: Chinese

**Defense Counsel if known:** George Vien   Address: 260 Franklin St, Suite 1600

**Bar Number** _____      Boston MA

**U.S. Attorney Information:**

**AUSA** Lauren A. Graber      Bar Number if applicable: 679226

**Interpreter:** ☑ Yes ☐ No   List language and/or dialect: Mandarin

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested      ☑ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** 06/27/2022

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: Hon. Judith G. Dein   on 06/30/2022

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/28/2022      Signature of AUSA: _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Vincent Feng

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money laundering conspiracy | 2 |
| Set 2 | 18 U.S.C. § 1960 | Conducting unlicensed money transmitting business | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 21-6061&6064-MPK; 21-6176-6177-MPK; 21-6236-6237-MPK; 21-6275-6277-MPK; 21-6283-6284-MPK; 21-6340-6343-MPK; 21-6507-MPK; 21-6579&6592-6593-MPK; 21-6596-6599-MPK; 21-6631-6636-MPK 21-6676-6687-MPK; 21-6688-6689-MPK; 21-SW-573-LDA (D.R.I.); 22-6020-6024-MPK; 22-6026-6027-MPK; 22-6028-MPK 22-6183-6184-MPK; 22-5182-5186

≥JS 45 (5/97) - (Revised USAO MA 3/25/2011)

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number: 22-5218-JGD
Search Warrant Case Number: see below
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Da Zeng     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Massachusetts

Birth date (Yr only): 1991    SSN (last4#): 6192    Sex: M    Race: A    Nationality: Chinese

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Lauren A. Graber     Bar Number if applicable: 679226

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Mandarin

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/28/2022     Signature of AUSA: _[signature]_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Da Zeng

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money laundering conspiracy | 1, 2 |
| Set 2 | 18 U.S.C. § 1960 | Conducting unlicensed money transmitting business | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   21-6061&6064-MPK; 21-6176-6177-MPK; 21-6236-6237-MPK; 21-6275-6277-MPK; 21-6283-6284-MPK; 21-6340-6343-MPK; 21-6507-MPK; 21-6579&6592-6593-MPK; 21-6596-6599-MPK; 21-6631-6636-MPK 21-6676-6687-MPK; 21-6688-6689-MPK; 21-SW-573-LDA (D.R.I.); 22-6020-6024-MPK; 22-6026-6027-MPK; 22-6028-MPK 22-6183-6184-MPK; 22-5182-5186

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

**Criminal Case Cover Sheet**                                           **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** DEA

**City** Boston      **Related Case Information:**

**County** Suffolk

- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number: 22-5218-JGD
- Search Warrant Case Number: see below
- R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Wei Qing Zeng      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Quincy, MA

Birth date (Yr only): 1963    SSN (last4#): 2148    Sex: M    Race: A    Nationality: Chinese

**Defense Counsel if known:** C. Henry Fasoldt      Address: 185 Devonshire Street, Suite 302

**Bar Number** _____      Boston MA

**U.S. Attorney Information:**

**AUSA** Lauren A. Graber      Bar Number if applicable: 679226

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Mandarin

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested      ☑ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date:** 06/27/2022

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Hon. Judith G. Dein    on 06/30/2022

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/28/2022      Signature of AUSA: _[signature]_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Wei Qing Zeng

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money laundering conspiracy | 1, 2 |
| Set 2 | 18 U.S.C. § 1960 | Conducting unlicensed money transmitting business | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   21-6061&6064-MPK; 21-6176-6177-MPK; 21-6236-6237-MPK; 21-6275-6277-MPK; 21-6283-6284-MPK; 21-6340-6343-MPK; 21-6507-MPK; 21-6579&6592-6593-MPK; 21-6596-6599-MPK; 21-6631-6636-MPK 21-6676-6687-MPK; 21-6688-6689-MPK; 21-SW-573-LDA (D.R.I.); 22-6020-6024-MPK; 22-6026-6027-MPK; 22-6028-MPK 22-6183-6184-MPK; 22-5182-5186

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** | Category No. __II__ | Investigating Agency __DEA__ |
| **City** __Boston__ | **Related Case Information:** | |
| **County** __Suffolk__ | Superseding Ind./ Inf. _____   Case No. _____ | |
| | Same Defendant _____   New Defendant _____ | |
| | Magistrate Judge Case Number __22-5218-JGD__ | |
| | Search Warrant Case Number __see below__ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

| | | |
|---|---|---|
| Defendant Name | Xian Rong Zeng | Juvenile: ☐ Yes ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: | ☐ Yes ☑ No |
| Alias Name | | |
| Address | (City & State) Hanover, MA | |
| Birth date (Yr only): 1977   SSN (last4#): 9325   Sex M   Race: A   Nationality: Chinese | | |
| **Defense Counsel if known:** | Thomas Kerner   Address 240 Commercial Street, Suite 5a | |
| **Bar Number** | | Boston MA |

**U.S. Attorney Information:**

| | | |
|---|---|---|
| **AUSA** | Lauren A. Graber   Bar Number if applicable 679226 | |
| **Interpreter:** | ☑ Yes   ☐ No   List language and/or dialect: Mandarin | |
| **Victims:** | ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☐ No | |
| **Matter to be SEALED:** | ☐ Yes ☑ No | |
| | ☐ Warrant Requested   ☑ Regular Process   ☐ In Custody | |

**Location Status:**

**Arrest Date** 06/27/2022

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: Hon. Judith G. Dein   on 06/30/2022

| **Charging Document:** | ☐ Complaint | ☐ Information | ☑ Indictment |
|---|---|---|---|
| **Total # of Counts:** | ☐ Petty | ☐ Misdemeanor | ☑ Felony  3 |

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/28/2022   Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Xian Rong Zeng

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money laundering conspiracy | 1, 2 |
| Set 2 | 18 U.S.C. § 1960 | Conducting unlicensed money transmitting business | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   21-6061&6064-MPK; 21-6176-6177-MPK; 21-6236-6237-MPK; 21-6275-6277-MPK; 21-6283-6284-MPK; 21-6340-6343-MPK; 21-6507-MPK; 21-6579&6592-6593-MPK; 21-6596-6599-MPK; 21-6631-6636-MPK 21-6676-6687-MPK; 21-6688-6689-MPK; 21-SW-573-LDA (D.R.I.); 22-6020-6024-MPK; 22-6026-6027-MPK; 22-6028-MPK 22-6183-6184-MPK; 22-5182-5186

**Criminal Case Cover Sheet**                                                  **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** | DEA |
| **City** Boston | **Related Case Information:** | | |
| **County** Suffolk | Superseding Ind./ Inf. _____ Case No. _____ | | |
| | Same Defendant _____ New Defendant _____ | | |
| | Magistrate Judge Case Number   22-5218-JGD | | |
| | Search Warrant Case Number   see below | | |
| | R 20/R 40 from District of _____ | | |

**Defendant Information:**

Defendant Name    Qiu Fang Zeng                          Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name    _____

Address    (City & State)  Quincy, MA

Birth date (Yr only): 1962   SSN (last4#): 3367   Sex  F   Race: A   Nationality: Chinese

**Defense Counsel if known:**    Derege Demissie          Address  929 Massachusetts Ave., Suite 01

**Bar Number**    _____                                      Cambridge, MA

**U.S. Attorney Information:**

**AUSA**   Lauren A. Graber              Bar Number if applicable   679226

**Interpreter:**    ☑ Yes   ☐ No    List language and/or dialect:   Mandarin

**Victims:**    ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes   ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**   06/27/2022

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:   Hon. Judith G. Dein   on   06/30/2022

**Charging Document:**    ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**    ☐ Petty     ☐ Misdemeanor     ☑ Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   07/28/2022         Signature of AUSA:  _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Qiu Fang Zeng

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money laundering conspiracy | 1, 2 |
| Set 2 | 18 U.S.C. § 1960 | Conducting unlicensed money transmitting business | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   21-6061&6064-MPK; 21-6176-6177-MPK; 21-6236-6237-MPK; 21-6275-6277-MPK; 21-6283-6284-MPK; 21-6340-6343-MPK; 21-6507-MPK; 21-6579&6592-6593-MPK; 21-6596-6599-MPK; 21-6631-6636-MPK 21-6676-6687-MPK; 21-6688-6689-MPK; 21-SW-573-LDA (D.R.I.); 22-6020-6024-MPK; 22-6026-6027-MPK; 22-6028-MPK 22-6183-6184-MPK; 22-5182-5186

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013